# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ALEXANDRA VAZQUEZ, | Case No.: 18cv1916-MMA (KSC) |
|---|---|
| Petitioner, | |
| v. | **ORDER DIRECTING CLERK OF COURT TO TERMINATE CIVIL ACTION** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On October 24, 2017, Alexandra Vazquez pleaded guilty to Count 1 of a two-count Superseding Information charging her with importing methamphetamine, in violation of Title 21, United States Code, sections 952 and 960. *See* Case. No. 17cr1802-BAS, Doc. No. 24. On January 29, 2018, the court sentenced Vazquez to a custodial term of 76 months and entered judgment accordingly. *See id*., Doc. No. 35. According to the Federal Bureau of Prisons, Vazquez is currently housed at the Federal Correctional Institute in Dublin, California, located in the Northern District of California.[1]

On August 1, 2018, Vazquez filed a motion to vacate, set aside, or otherwise correct her sentence pursuant to Title 28, section 2255, in the United States District Court

---

[1] *See* Federal Bureau of Prisons Inmate Locator, available at https://www.bop.gov/inmateloc/ (last visited 8/17/2018).

for the Northern District of California. *See* Doc. No. 1. The Northern District's Clerk of Court docketed Vazquez's motion as a civil case-initiating petition pursuant to Title 28, section 2241. Upon initial review, the assigned magistrate judge noted that Vazquez clearly intended to challenge her conviction and sentence pursuant to Section 2255, determined that Vazquez must seek such relief from the sentencing court, and transferred the action to this District pursuant to Title 28, section 1404(a). *See* Doc. No. 3. Upon receipt of the transfer, the Clerk of this Court opened a new civil action and randomly assigned the action to the undersigned. However, because a 2255 motion may be brought only in the sentencing court, Vazquez's 2255 motion is properly filed in the underlying criminal action. *See Tripati v. Henman*, 843 F.2d 1160, 1162-63 (9th Cir. 1988).

Accordingly, the Court **DIRECTS** the Clerk of Court to terminate this civil action and docket Vazquez's 2255 motion in *United States v. Alexandra Vazquez*, Case No. 17cr1802-BAS.

**IT IS SO ORDERED**.

DATE: August 20, 2018

HON. MICHAEL M. ANELLO
United States District Judge